UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 5, 2016

_____

DOCKET CORRECTION NOTICE
_____

No. 15-4676,   Under Seal 1 v. Under Seal 2
               1:15-mw-00001-GBL-1

TO:
Vernida Rochelle Chaney
Julia K. Martinez
Carmen D. Hernandez
Christopher John Catizone

SEALED BRIEF CORRECTION DUE:  April 8, 2016

Please make the correction identified below by the due date indicated.

[X] Certificate of Confidentiality: If you are sealing only personal data identifiers or information sealed below, you must file a certificate of confidentiality identifying the authority for keeping the information sealed.

[X] Public and Sealed Versions of Brief: If you are filing a certificate of confidentiality, you must file both a sealed version and a public version of the brief. The sealed version must have sealed material highlighted, and the public version must have sealed material redacted.

[X] Motion to Seal: If it is necessary to file the entire brief under seal and not possible to prepare a redacted version, you must file a motion to seal the brief (**MOTION / seal**), explaining why sealing is necessary and why a redacted version cannot be prepared. Even if you file both redacted and sealed versions of the brief, a motion to seal is also required if you are sealing material that was not previously sealed by virtue of statute, rule, regulation, or order.

[ ] Motion to Seal on Public Docket: A motion to seal must appear on the public docket for five calendar days prior to ruling by the court. Therefore, the motion

to seal must be filed in public form using the **MOTION / seal** entry. If it is necessary to reference sealed information, the sealed portion of the motion must be filed separately using the entry **SEALED DOCUMENT**.

RJ Warren, Deputy Clerk
804-916-2702